## 11560. Martin v. Stewart.

Stephens, J. 1. This case is controlled by the decision in *LeBron* v. *Stewart,* 26 *Ga. App.,* supra (105 S. E. 650).

*Judgment affirmed. Jenkins, P. J., and Hill, J., concur.*

Decided January 20, 1921.

Certiorari; from Fulton superior court — Judge George L. Bell. April 2, 1920.

*Neufville & Neufville,* for plaintiff in error.

*Burress & Dillard,* contra.